UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JANE DOE (D.W.),

    Plaintiff,

vs.

CASE NO. 04-21095-CIV-JORDAN

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,
a Foreign Corporation,

    Defendant.
_____/

JAN DOE (K.C.),

    Plaintiff,

vs.

CASE NO. 04-21096-CIV-JORDAN

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES,
a Foreign Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiffs, JANE DOE (D.W.) and JANE DOE (K.C.), by and through their undersigned counsel, hereby file this Notice of Settlement to notify the Court that the above-styled cases have reached a settlement.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was furnished by U.S. Mail on this 18t day of March, 2005 to: Rachel S. Cohen, Esq., Kaye, Rose &

CASE NO. 04-21095 -Civ-Jordan
CASE NO. 04-21096-Civ-Jordan

Maltzman, LLP, One Biscayne Tower, Suite 2300, 2 South Biscayne Boulevard, Miami, Florida 33156.

WALKER & O'NEILL
A Professional Association
Dadeland Centre, Suite 1602
9155 South Dadeland Boulevard
Miami, Florida 33156
Tel. No. (305) 995-5300
Fax No. (305) 995-5310

By: _____
JAMES M. WALKER
Florida Bar No.: 755990