IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
Magistrate Judge Brown

NIGHT BOX
FILED

APR - 4 2005

CLARENCE MADDOX
USDC / SDFL / MIA

| | |
|---|---|
| JANE DOE (D.W.),<br><br>Plaintiff,<br><br>vs.<br><br>CARNIVAL CORPORATION,<br>d/b/a CARNIVAL CRUISE LINES,<br>A Foreign Corporation,<br><br>Defendant. | CASE NO. 04-21095-CIV-JORDAN |
| JANE DOE (K.C.),<br><br>Plaintiff,<br><br>vs.<br><br>CARNIVAL CORPORATION,<br>d/b/a CARNIVAL CRUISE LINES,<br>A Foreign Corporation, | CASE NO. 04-21096-CIV-JORDAN |

## JOINT STIPULATION FOR DISMISSAL

THE PARTIES, by and through their undersigned counsel hereby file this Joint Stipulation for Dismissal of the above-styled action with prejudice, each party to bear its respective costs and fees. The parties agree that if settlement funds are not issued within thirty (30) days from the execution of this Joint Stipulation, this matter may be re-opened.

DATED this 4th day of April, 2005.

KAYE, ROSE & MALTZMAN, LLP, One Biscayne Tower, Suite 2300, 2 South Biscayne Boulevard, Miami, Florida 33131-1803, Tel (305) 358-6555 / Fax (305) 374-9077

KAYE, ROSE & MALTZMAN, LLP
*Attorneys for Defendant*
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6555
Facsimile:  (305) 374-9077

BY: _____
JEFFREY E. FOREMAN, ESQ.
Florida Bar No. 0048860
RACHEL S. COHEN, ESQ.
Florida Bar No. 0036810

JAMES M. WALKER, P.A.
*Attorney for Plaintiffs*
Dadeland Centre, Suite 1602
9155 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 995-5300
Facsimile:  (305) 995-5310

BY: _____
JAMES M. WALKER, ESQ.
FL Bar No. 755990